AO 442 (Rev. 11/11) Arrest Warrant

(DC 6/6-16)

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

UNITED STATES OF AMERICA )
V. )
)  Case No.   PC 2:18CR05653-001
Troy Covington )
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Troy Covington                                                             ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition      ☑ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Date:    6/5/25

_____
*Issuing Officer's Signature*

City and State:   Washington, DC

J. Bow. Yung
_____
*Printed Name and Title*
CJ

| Return |
|---|
| This warrant was received on *(date)* 6/5/25 , and the person was arrested on *(date)* 3/20/26 at *(city and state)* Arington, VA . |
| Date: 3/20/26 _____ *Arresting Officer's Signature* Jonah Ernst      DUSM _____ *Printed Name and Title* |